IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ZACARIAS MOUSSAOUI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-18-87-M |
| DONALD TRUMP, | ) | |
| Defendant. | ) | |

## ORDER

On February 27, 2018, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by March 19, 2018. A review of the file reveals plaintiff has filed no objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on February 27, 2018, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 28th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE